UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Oscar Vega**

    Plaintiff

v.                                              Civil Action No. 22-11050-RWZ

**Casa Nueva Vida, Inc.**

    Defendant

SETTLEMENT ORDER OF DISMISSAL

ZOBEL, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

8/17/2022                                   /s/Douglas Warnock
  Date                                      Douglas Warnock
                                       Deputy Clerk